IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:15-CV-571

BALTIMORE LIFE INSURANCE COMPANY,

Plaintiff,

v.

JOSEPH TAYLOR, VALERIE TAYLOR and MARTINS FUNERAL SERVICE, INC.,

Defendants.

**ORDER OF INTERPLEADER**

Upon consideration of the Complaint for interpleader and motion to deposit funds into the Court's registry filed by the interpleader plaintiff Baltimore Life Insurance Company ("Baltimore Life"), and it appearing that the Court has jurisdiction and that a proper cause of interpleader exists, it is this 9th day of December, 2015, by the United States District Court for the Western District of North Carolina, Charlotte Division:

ORDERED that the interpleader defendants, their agents, attorneys, and assigns, are hereby enjoined from instituting or prosecuting any action in any federal, state, or administrative forum against Baltimore Life relating to policy number P005053632 or to benefits due under this policy; and it is further

ORDERED that Baltimore Life's motion to deposit funds into the Registry of the Court be, and the same hereby is, GRANTED; and it is further

ORDERED that, within thirty (30) days after the date of this Order and by check payable to the Clerk of the Court, Baltimore Life shall deposit into the Court $10,000.00, representing the

1

death benefit under policy number P005053632, minus reasonable attorneys' fees and costs as awarded pursuant to this Order; and it is further

ORDERED that Baltimore Life is hereby awarded reasonable attorneys' fees and costs in the amount of $ 1,000, which shall be deducted from the amount to be deposited with the Court; and it is further

ORDERED that Baltimore Life is hereby discharged from any and all liability relating to the policy and benefits due under the policy; and it is further

ORDERED that by the 22nd day of December, 2015, the interpleader defendants shall interplead as to their respective rights to the proceeds of the policy, and shall be bound by all orders, judgments, and decrees of the Court regarding the policy.

This the 4th day of ~~November~~ December, 2015.

/s/ Graham C. Mullen
United States District Court Judge

2