IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:15-CV-571-GCM

BALTIMORE LIFE INSURANCE
COMPANY,

                        Plaintiff,

v.

JOSEPH TAYLOR, VALERIE TAYLOR
and MARTINS FUNERAL SERVICE, INC.,

                        Defendants.

**ORDER OF DISCHARGE**

Upon consideration of Baltimore Life Insurance Company's Motion for Order of Discharge ("Motion"),

IT IS THEREFORE ORDERED that the Motion be, and the same hereby is, GRANTED; and

IT IS FURTHER ORDERED that Baltimore Life Insurance Company is discharged as a party in this matter.

Signed: February 22, 2016

Graham C. Mullen
United States District Judge