IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV571

| | |
|---|---|
| BALTIMORE LIFE INSURANCE CO., | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| JOSEPH TAYLOR, VALERIE TAYLOR, and MARTINS FUNERAL SERVICE, INC., | ) |
| Defendants. | ) |

This matter is before the Court upon its own motion. Defendant Martins Funeral Service, Inc. was served on November 27, 2015 and has failed to file an answer or otherwise appear. Defendant Valerie Taylor was served on November 30, 2015. On February 8, 2016, Defendant Valerie Taylor filed a *pro se* motion for extension of time to file an answer and the Court granted the motion, giving Ms. Taylor until March 7 to file her answer. To date, Ms. Taylor has failed to file an answer. Accordingly,

IT IS THEREFORE ORDERED that the Clerk is directed to enter default against Defendants Martins Funeral Service, Inc. and Valerie Taylor; and

IT IS FURTHER ORDERED that Defendants Martins Funeral Service, Inc. and Valerie Taylor are hereby directed to show cause why judgment of default should not be entered against them. Responses should be made in writing and filed with the Court no later than ten days from the date of entry of this Order.

IT IS SO ORDERED.

Signed: March 10, 2016

Graham C. Mullen
United States District Judge